# Ex. 1 - July 2024 DNA Presentation



**DNA FUNDS PROVIDES HIGH-CONVICTION, RESEARCH-DRIVEN STRATEGIES TO INVESTORS IN THE DIGITAL ASSET MARKET.**

**DNA.FUND**

COMPANY CONFIDENTIAL DNA HOLDINGS VENTURES, INC JULY 2024



# SAFE HARBOR STATEMENT

This presentation contains certain forward-looking statements that are based upon current expectations and involve certain risks and uncertainties within the meaning of the U.S. Private Securities Litigation Reform Act of 1995. Words or expressions such as "anticipate," "plan," "will," "intend," "believe" or "expect" or variations of such words and similar expressions are intended to identify such forward-looking statements. These forward-looking statements are not guarantees of future performance and are subject to risks, uncertainties, and other factors, some of which are beyond our control and difficult to predict and could cause actual results to differ materially from those expressed or forecasted in the forward-looking statements, including, without limitation, statements made with respect to expectations of our ability to increase our revenues, satisfy our obligations as they become due, report profitable operations and other risks and uncertainties as set forth in our Annual Report on Form 10-K for the year ended December 31, 2021, and our subsequent Quarterly Reports on Form 10-Q as filed with the Securities and Exchange Commission. All forward-looking statements involve significant risks and uncertainties that could cause actual results to differ materially from those in the forward-looking statements, many of which are generally outside the control of DNA/SRAX and are difficult to predict. DNA/SRAX undertakes no obligation to publicly update any forward-looking statements, whether as a result of new information, future events or otherwise.



**DNA.HOLDINGS**

COMPANY CONFIDENTIAL DNA HOLDINGS VENTURES, INC JULY 2024



# EXECUTIVE TEAM



## BROCK PIERCE

A futurist, entrepreneur, impact investor and philanthropist with an extensive track record of founding, advising and investing in disruptive businesses. Pierce is the Chairman of the Bitcoin Foundation and co-founder of EOS Alliance, Block.one, Blockchain Capital, Tether, and Mastercoin (first ICO).



## SCOTT WALKER

An Investor and Serial Entrepreneur. In 2012 he fell in love with Bitcoin. later invested and helped launch the first ICO (Mastercoin) in 2013 Along with early Investments in ETH, BTC, and dozens of successful investment and project launches Walker is one of the most experienced and successful investors in the space.



## CHRIS MIGLINO

CEO of DNA and founder of SEQUIRE, specializes in guiding companies from inception to IPO. With three successful ventures, he's adept at navigating capital markets and driving technological innovation to reshape industries

# ASSET MANAGEMENT TEAM





### THOMAS MCLAUGHLIN
Chief Investment Officer

- One of the industry's foremost leaders in liquid crypto markets, with experience trading and investing in digital assets since 2016.
- Prior to joining DNA, was the Chief Investment Officer of Coral Capital, a firm with $125m AUM.
- Angel Investor in dozens of early-stage blockchain companies & protocols.
- Former Leveraged Finance Investment Banker at Bank of America Merril Lynch & Restructuring Analyst at Alvarz & Marsal.
- Education: BS in Finance & Accounting from Lehigh University.

### JR PASCH
Head of Quantitative Research & Portfolio Manager

- JR served as a 61A research analyst in the United States Air Force, and his 9+ years of military service have bolstered his education on modeling, machine learning, and simulation.
- Responsible for the development of research-driven trade strategies.
- Education: BS in Computer Science from Texas A&M University.

### JOSH KRUGER
Head of Trade Execution & Portfolio Manager

- Experienced investor, trader, and market technologist specializing solely in cryptocurrency markets and emerging crypto-based protocols.
- Responsible for trade execution and leveraging technological tools to generate alpha
- Education: BS in Computer Science from Texas A&M University



# WHY DNA?

### THE FINANCIAL INSTITUTION OF THE FUTURE

Wall Street and Traditional Finance have finally joined the revolution. Today anyone can purchase bitcoin through one of the SEC approved ETF's and easily gain exposure to BTC.

### INSTITUTIONAL

But if you are an institutional or a HNWI looking to gain exposure to the broader Web3 and AI ecosystem, this is where DNA shines.

### TEAM

The DNA team with over a decade of experience are now bringing their proven track record of success in the industry to institutional and high net worth individuals.

DNA.HOLDINGS



# LEADING INDUSTRY EXPERIENCE

Founders Brock Pierce and Scott Walker were early bitcoin miners (2012), creators of the first stablecoin Tether (USDT) the world's first ICO (Mastercoin) and first security token, (BCAP) investors and/or advisors for more than 100 web3 project launches in the global decentralized ecosystem. Assisting in raising well over $4B and early investors helping launch in excess of $100B in various Web3 projects.

**2013**



### First-ever ICO

Helped launch the first ever ICO-(6/2013) The sale raised thousands of BTC to launch "colored coins" on the BTC network. The first smart contract platform

**2013**



### Co-Founder's GP/LP

GP's and LP's in one of the first crypto hedge funds" Raised over $100M in multiple funds, with investments in Coinbase, Kraken, and other Unicorns

**2014**



### Chairman

In 2014 Mr. Pierce is voted Chairman of the Bitcoin Foundation. A non-profit organization created to assist the adoption of BTC

**2014**



### Co-Founder- USDT

As one of the co-founders of Tether Brock helped create a $100B + (current assets) stablecoin. Experts predict soon the various stablecoins will reach over $1T in assets-



# LEADING INDUSTRY EXPERIENCE

After helping launch many of the most important projects from 2013-2016 the DNA Founders continue to invest, provide advisory services, and help projects launch the overall ecosystem during the second "crypto bull run" from 2017-2018. These projects include:

**2017**



### Investment/advisors

After launching the first ever ICO, Pierce/Walker helped advise and invest in largest ICO in history at the time the Bancor ICO launched the 2017 bull run (Over $150m raised)

**2017**



### Co-Founder/Investors

Pierce was Co-Founder Walker was early equity investor Together they helped the Block.one team create the EOS ICO, which is still the largest ICO fundraise in history with over $4B USD raised.

**2018**



### Investment/Advisors

Equity investors in Swirlds, Inc then advisors and investors DNA helped launch the HBAR ICO and raised over $100M at a $6bn+ FDV (highest FDV of any project in 2018)

**2019**



### Sequire Platform

Launch of Sequire Platform for public Companies. The platform quickly grew to in excess of 10M investors anxious to learn more about Web3 opportunities.

# LEADING INDUSTRY EXPERIENCE

After helping launch many of the most important projects from 2013-2016 the DNA Founders continue to invest, provide advisory services, and help projects launch the overall ecosystem during the second "crypto bull run" from 2017-2018. These projects include:

### 2020



**Co-founder and Chairman**

Tea is lead by legendary CEO and Founder Max Howell. Creator of Home Brew. His vision of Brew 2.0 is known as tea. One of the hottest Web3 launches of the year

### 2022

 SEQUIRE

**Sequire Community Platform and VE Platform**

Launch of the Sequire Virtual Events and Community Platform with over 10M investors currently engaged on the platform which  used by hundreds of public company CEO's

### 2023

**LD MICRO**

**LD Micro**

With over 10 years experience LD Micro is one of the most successful business conferences. The Sequire team Sold LD Micro Conference to Freedom Holdings in 2023

### 2024



**DNA/ Sequire Investor Summit**

Launch of the Sequire Investor Summit. We expect to run over 20 events annually. Bringing public market investors and companies into Web3 and AI

Case 3:26-cv-00358    Document 1-1    Filed 03/26/26    Page 9 of 32 PageID #: 72

# DNA Holdings

DNA provides the tools to build businesses across Crypto/Web3 and AI to leading companies in the space, as well as diverse professionally managed funds to institutional investors, family offices, HNWI, and company treasury management.

**01**

### DNA Investment Management

The DNA Family of funds includes: six diverse, professionally managed funds.

**02**

### Advisory Services

Project Development & Investment

**03**

### DNA Bank

A full service NEO Bank for businesses and individuals

**04**

### Events and Investor Community

Management, Marketing and Awareness



# INVESTMENT MANAGEMENT

# 01

# Asset Management

### Customized for many investor profiles

Institutional Investors have been open to the idea of investing in assets such as Bitcoin, Ethereum, and a few of the largest and most recognized crypto projects. In fact the Bitcoin ETF has been the most successful ETF launch in history. In just over six months Blackrock, Fidelity and 9 other funds have been approved and raised over $50B

While these large cap assets are valuable and have paved the way for other decentralized projects they are just the tip of the iceberg of tokens that are driving the ecosystem. DNA will launch a number of funds that will invest in the smaller assets in the crypto space. This includes taking positions in newer and what we identify as opportunistic projects

Our funds will be set up to make these investments and empower our investors to benefit from the knowledge of the DNA team and the deal flow that they have access to.



High Networth Client Personalized Asset Management

Institutional Investor Low risk profile investments

Fortune 1000 clients & large L1's Customized Treasury Management

First time Web3 investor Digital Asset Exposure

DNA.HOLDINGS

Case 3:26-cv-00358    Document 1-1    Filed 03/26/26    Page 12 of 32 PageID #: 75

# DNA Holdings

DNA provides the tools to build businesses across Crypto/Web3 and AI to leading companies in the space, as well as diverse professionally managed funds to institutional investors, family offices, HNWI, and company treasury management.

### 01
#### Helix Opportunity Fund
This fund is directly managed by legendary investors Brock Pierce and Scott Walker, along with their research team.

### 02
#### BTC & ETH Multiplier Fund
These are new funds that do not have a historical track record. The targeted return profile of these vehicles will be to generate returns significantly higher than the applicable base staking or lending rate (ie: the base staking rate for Ethereum).

### 03
#### High Yield Fund
From September 2021 to June 2023 the team produced an overall return of 13.9% (net of fees); Investing in a 10 Year US Treasury bill would have yielded 5.26% over the same period.

### 04
#### Moonshot Fund
These are new funds that do not have a historical track record. The targeted return profile of this fund is to return multiples on the benchmark of the overall market cap of digital assets.

### 05
#### Liquid Token Fund
61.6% return (net of fees) since inception in February of 2021. Maximum annual drawdown of 11.6% (FY 2022) 36.7% total return on Bitcoin during similar time period.

### 06
#### Liongate AI Fund
Fund is focused on early stage VC investments in companies and founders leading the innovation in their respective industries.

Case 3:26-cv-00358    Document 1-1    Filed 03/26/26    Page 13 of 32 PageID #: 76

# 01 Helix Opportunity Fund

This fund is directly managed by legendary investors Brock Pierce and Scott Walker, along with their research team. Here are a few specific examples of DNA Fund investments from 2017-2024

**2017** **59X** Total return = $14,475,538 23 months

In June of 2017 DNA team purchased 11,000 shares in Block.one equity for $22.45 per share. ($246,950) 1st sale was July 2018 for 7700 shares at $1,201.52 per share (53X in 13 months)for a total of $9,321,004. 2nd sale was 3300 shares on 5/3/2019 for $1,561.98 per share (69X in 23 months) total of $5,154,534

**2018** **35X** Total return = $35,136,732 60 months

In January 2018 DNA team acquired 200m HBAR tokens for 0.005 cents per. ($1M) 200M Tokens sold from March 2019 thru April of 2024 at an average price of 0.175 cents.

**2020** **39X** Total return = $5,851,095

In 2020 DNA team acquired 833,333 FXS tokens for 0.18 cents. ($150k) From 2020 thru 2024 833,333 FXS tokens sold for an average of $7.02 a token

In 2024 and 2025 we expect to find several unique opportunities to share with our investors

**This DNA Fund product is extremely high risk

Case 3:26-cv-00358    Document 1-1    Filed 03/26/26    Page 14 of 32 PageID #: 77

DNA

## 02 BTC & ETH Multiplier Funds

**DNA Historical Performance & Targeted Returns By Fund:**

These are new funds that do not have a historical track record. The targeted return profile of these vehicles will be to generate returns significantly higher than the applicable base staking or lending rate (ie: the base staking rate for Ethereum).

**DNA Offers a variety of investment vehicles tailored to investor risk appetites and exposure needs:**

- A fund vehicle that aims to generate yield on spot BTC and ETH for investors with sizeable positions.
- Employs several strategies such as staking, lending, and options writing.
- Lower risk compared to some other DNA Fund products

DNA.HOLDINGS

# 03  High Yield Fund

## DNA Historical Performance & Targeted Returns By Fund:

- From September 2021 to June 2023 the team produced an overall return of 13.9% (net of fees);
- Investing in a 10 Year US Treasury bill would have yielded 5.26% over the same period.
- Market conditions are significantly more favorable for this strategy today, with our portfolio managers anticipating yields to continue climbing from their current mark of ~15.3% annualized.

## DNA Offers a variety of investment vehicles tailored to investor risk appetites and exposure needs:

- Market-neutral fund vehicle that capitalizes on the premium paid to borrow dollar-denominated stablecoin tokens by lending to traders employing leverage.
- Generates yield with a target to outperform US Treasuries by a significant margin on a risk-adjusted basis.
- Least risk of any DNA Fund product

DNA.HOLDING

# 04 **Moonshot Fund**

**DNA Historical Performance & Targeted Returns By Fund:**

These are new funds that do not have a historical track record. The targeted return profile of this fund is to return multiples on the benchmark of the overall market cap of digital assets.

---

**DNA Offers a variety of investment vehicles tailored to investor risk appetites and exposure needs:**

- A vehicle that offers investors maximum exposure to the maximum beta within the market.
- Allocation aggressively to meme coins, microcap projects, and sectors such as AI, RWA & gambling
- This is the highest risk of any DNA Fund product. .

DNA.HOLDINGS

# 05 Liquid Token Fund

**DNA Historical Performance & Targeted Returns By Fund:**

- 61.6% return (net of fees) since inception in February of 2021.
- Maximum annual drawdown of 11.6% (FY 2022).
- 36.7% total return on Bitcoin during similar time period.

**DNA Offers a variety of investment vehicles tailored to investor risk appetites and exposure needs:**

- Thesis-driven exposure to a diversified portfolio of liquid tokens.

- Leverage sentiment analysis and macroeconomic and industry-specific data points to handicap and allocate to the sectors and projects within crypto with the highest asymmetric upside.

- This is a high risk product among the DNA Fund options

DNA.HOLDINGS

# 06 Liquid Token Fund

## Market Opportunity:

- The global AI market value is expected to reach $267 billion by 2027. (Fortune Business Insights)
- The total contribution of AI to the global economy is expected to hit $15.7 trillion by 2030. (PwC Global)
- The AI market is poised for substantial growth in the coming years and decades, driven by significant investments, broad adoption across industries, and the transformative potential of AI technologies.
- Every industry is poised for disruption. Be at the forefront of this disruptive technology with DNA

## Investment Focus

- Fund is focused on early stage VC investments in companies and founders leading the innovation in their respective industries
- Our experienced team analyzes application of AI technology deals in Web3, Decentralized Infrastructure, Healthcare, Customer service, Robotics, Finance and Accounting and Retail to name a few.

## DNA Unique Edge

- Fund has world renowned brand recognition in addition to a unique presence and a proven track record in disrupting technologies, which affords the fund tremendous dealflow and access to rare opportunities. This access is now available to you!
- Round is currently open with several deals in the pipeline.

"....the percentage of intelligence that is biological will be less than 1 percent,"

-Elon Musk

DNA.HOLDINGS

Case 3:26-cv-00358    Document 1-1    Filed 03/26/26    Page 19 of 32 PageID #: 82

 
# PROJECT DEVELOPMENT

**Advisory & Investment**

# 02

**DNA.HOLDINGS**



# PROJECT DEVELOPMENT

DNA has years of real world experience to assist in fundraising, Token economics, PR, exchanges and business development

**Advisory Board and Management Team Support**

- Evaluate areas of company needs.
- Identity and recruit globally recognized advisory board & executive team members with high strategic value.
- Assist founders in adding qualified candidates and management team positions.

**Presentation Preparation**

- Assist with crafting successful company narrative.
- Work with executives to ensure company's brand is representing in a professional, cohesive, and compelling presentation deck.

**White Paper Formulation Drafting & Editing for Crypto Companies or those looking to enter Web3**

- Help structure the token economics, financial model and descriptions of its application, mission and pathways to success.
- Highest quality drafting and/or editing of formal white paper.

**Enterprise Business Development**

- Introductions to companies and projects of strategic value to client.
- Help structure mutually beneficial deals.

DNA.HOLDINGS



# TECHNICAL CONSULTING

DNA assists clients with the conceptualization of their Blockchain technology, including consultation on technical and product design, development of the marketing strategy and materials.

**Product Conceptualization**

- Evaluate requirements with client's technology and product teams.
- Participate in and contribute to technology/product design sessions.
- Participate in the drafting of product development plans and whitepapers.
- Help recruit outside domain experts/contributors.

**Network Design and Launch**

- Technical consulting and execution support for the network design of client's blockchain.
- Provide technical expertise to support the decision making process around underlying protocol selection, validator/masternode network design, network incentives and controls.
- Support client's test net and main net geographically and topologically distributed launches.

DNA.HOLDINGS



# DNA FINANCIAL SERVICES

# 03



# DNA Financial Services

A full service NEO Bank for businesses and individuals

**Banking Services**

- On and Off Ramp
- Checking
- Savings
- Mobile and online access

**OTC/Perps**

- Trade BTC for USD or USDT
- Trade BTC for other cryptos
- Cash rails for multiple cryptos

 

# INVESTOR COMMUNITY

**Management, Marketing and Awareness**

# 04



# Community Development, Marketing & PR



DNA empowers with the knowledge, tools and executions support to grow investor & token Communities, while providing best-in-class Marketing, SEO and assistance.

**Develop Comprehensive Strategy**
- Assess needs, strengths, and pain points.
- Ensure mission, vision and objectives for growth are clearly defined.
- Collaborate to define a comprehensive long-term strategic plan.

**Community Development & Management**
- Manage and help grow community across geographies, time-zones and languages.
- Engage and respond to all social media posts on behalf.



**Public Relations Support**
- Help formulate press releases and sponsored content.
- Manage media relationships.
- Engage influencers and key players, on a global and local basis, to amplify message.
- Facilitate interview requests and media tours.

**Marketing Services**
- Assist with development of marketing assets, campaigns, viral/explainer videos, social media campaigns and search engine optimization.



# DNA/SEQUIRE VIRTUAL & IN-PERSON EVENTS

DNA and Sequire specialize in curating premier events worldwide, bringing together investors, Web 2 and Web 3 projects, as well as private and public companies. Our mission is to narrow the gap between traditional investors and the new generation of

Web 3 and crypto companies, fostering an environment of collaboration and innovation. Our events are meticulously designed to provide unparalleled networking opportunities, allowing participants to connect with industry leaders, innovators, and potential partners.

Beyond networking, we offer deep dives into emerging projects, ensuring that attendees are equipped with the latest insights and knowledge to navigate the evolving landscape of technology and finance.









The Sequire Platform is an investor and token holder intelligence and communications platform designed to help better understand shareholders, token holders/contributors and engage with them more effectively. The platform provides real-time analytics on shareholder behavior and sentiment, which enables companies to identify trends and preferences quickly.

Sequire also offers powerful communication tools, including email, messaging, and virtual events capabilities for earnings calls or webinars.

Our goal help companies stay connected with their shareholders and understand them.

DNA.HOLDING



 

# HEDERA HASHGRAPH

## CASE STUDY



During 2017 DNA was approached by a new start up. Mance Harmon (CEO) and leemon Baird (CTO) were planning to launch an all new Smart Contract (L1) DAG called Hashgraph.

A unique opportunity for the DNA team to help a promising technical project with founders who had limited crypto experience. Starting with an equity investment into the seed round, shortly after a 7 figure investment into the token private sale and next the DNA team structured a series of meetups around the world with HNW investors, hedge funds, and helped create massive exposure within the community.

Over 50,000 people joined the test net, with hopes to get into the public sale: After closing over $100M in financing the HBAR network launched. HBAR trades over $50M per day in volume and has a FDV in excess of $6B with an all time high over $20B-

 

# TETHER

## CASE STUDY



After launching the first ICO named Mastercoin the DNA team created the precursor to Tether, originally named "Realcoin", was announced in July 2014 by co-founders Brock Pierce, Reeve Collins, and Craig Sellars as a Santa Monica-based startup.

The first tokens were issued on 6 October 2014, on the bitcoin network. This was done by using the Mastercoin Protocol. Realcoin used bitcoin's computer infrastructure to exchange property and execute contracts without third-party intermediaries, opening up bitcoin's network to a variety of commercial uses. On 20 November 2014, Tether CEO Reeve Collins announced the project was being renamed to "Tether".

Due to a lack of clarity in US regulatory areas Pierce led the sale of Realcoin/Tether to the exchange Bitfinex. As of March 2024 Tether now holds in excess of $100B and is one of the worlds largest holders of US Treasuries. Tether is also the most traded cryptocurrency surpassing Bitcoin in transaction volume. Well over $50B per day trade volume makes Tether one of the most liquid assets on earth.



# DNA  Comparables





- DNA and GLXY both launched formally in 2017, the DNA team invested into the GLXY IPO in 2018- Our bankers were planning the IPO for DNA next. The 2018 market crash derailed our plans. GLXY got out, DNA did not.
- GLXY is more of a trading firm but provides many of the same services as DNA
- GLXY trades today at a FDV of $5.5B with roughly 700k shares traded daily. ($10M daily trade volume)
- DNA is planning a reverse into a US Shell with an uplist to NYSE- Our raise is $3M on a $100M pre

**TSX: GLXY**

- Michael Saylor pivoted his company into (more or less) an Bitcoin ETF- With a strategy of buying and holding BTC only MSTR has outperformed most of the Fortune 500
- Unlike GLXY this is not a direct competitor, but DNA will hold BTC, ETH, and many other crypto on the balance sheet.

**NASDAQ: MSTR**

DNA.HOLDING