**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | |
|---|---|
| TIM FLAHERTY, et al<br><br>              Derivative Plaintiffs,<br><br>       v.<br><br>BROCK PIERCE and SCOTT WALKER, and DNA HOLDINGS VENTURES, INC., a nominal defendant,<br><br>          Defendants, and Nominal Defendant, | )<br>)<br>)<br>)<br>)  Case No. 3:26-cv-00358<br>)<br>)  **JURY DEMAND**<br>)<br>)<br>) |

## ZAMPELLA NOTICE OF NONSUIT

Plaintiff Aniello Zampella hereby nonsuits his claims in this case without prejudice.

Respectfully submitted,

*/s/ Ryan Downton*

Ryan Downton
Texas Bar No. 24036500
The Texas Trial Group
875 Carr 693, Ste. 103
Dorado, PR 00646*
Phone: 512-680-7947
Ryan@TheTexasTrialGroup.com
*Ryan Downton is licensed in Texas, not Puerto Rico

1

## CERTIFICATION OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served upon all counsel of record via the ECF system on the 31st day of March 2026.

/s/ Ryan Downton
Ryan Downton

2