**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| TIM FLAHERTY, et al<br><br>        Derivative Plaintiffs,<br><br>    v.<br><br>BROCK PIERCE and SCOTT WALKER, and DNA HOLDINGS VENTURES, INC., a nominal defendant,<br><br>      Defendants, and Nominal Defendant, | )<br>)<br>)<br>)<br>) Case No. 3:26-cv-00358<br>)<br>) **JURY DEMAND**<br>)<br>)<br>) |

## OSSELLO NOTICE OF NONSUIT

Plaintiff Stephan Ossello hereby nonsuits his claims in this case without prejudice.


        Respectfully submitted,

        */s/ Ryan Downton*
        Ryan Downton
        Texas Bar No. 24036500
        The Texas Trial Group
        875 Carr 693, Ste. 103
        Dorado, PR 00646*
        Phone: 512-680-7947
        Ryan@TheTexasTrialGroup.com
        *Ryan Downton is licensed in Texas, not Puerto Rico

1

## CERTIFICATION OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served upon all counsel of record via the ECF system on the 31st day of March 2026.

*/s/ Ryan Downton*
Ryan Downton

2