**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| TIM FLAHERTY, et al | ) |
| Derivative Plaintiffs, | ) |
| v. | ) |
| | ) Case No. 3:26-cv-00358 |
| BROCK PIERCE and SCOTT WALKER, and DNA HOLDINGS VENTURE, INC., a nominal defendant, | ) **JURY DEMAND** |
| Defendants, and Nominal Defendant, | ) |

## PLAINTIFFS' UNOPPOSED MOTION TO FILE EXHIBITS UNDER SEAL

In connection with the filing of Plaintiffs' Reply Memorandum in Support of Temporary Restraining Order With Potential Conversion to Preliminary Injunction and/or Appointment of a Receiver and an Accounting, Plaintiffs need to file certain exhibits that Defendants deem confidential and not suitable for public filing. While the Court has not yet entered a protective order in this matter, Plaintiffs desire to comply with Defendants' request and, accordingly, file this Motion pursuant to Local Rule 7.01(a) and ask the Court to enter an order directing the Clerk of Court to file the attached Exhibits 2, 3, 4, 5, 6, and 8 to Plaintiffs' Reply under seal.

In compliance with Local Rule 5.03(b), Plaintiffs alert Defendants that they are required to file a Response to this Motion explaining the basis of the request to seal under Local Rule 5.03(a).

Respectfully submitted,

*/s/ Ryan Downton*
Ryan Downton
Texas Bar No. 24036500
The Texas Trial Group
875 Carr 693, Ste. 103
Dorado, PR 00646*
Phone: 512-680-7947
Ryan@TheTexasTrialGroup.com
*Ryan Downton is licensed in Texas, not Puerto Rico

1

## CERTIFICATION OF CONFERENCE

I hereby certify I conferred with William Hughes, counsel for Defendants on 31st day of March 2026 and he asked that Plaintiffs file the attached exhibits under seal.

*/s/ Ryan Downton*
Ryan Downton

## CERTIFICATION OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served upon all counsel of record via the ECF system on the 31st day of March 2026.

*/s/ Ryan Downton*
Ryan Downton

2